UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17 - 2450 JJO

UNITED STATES OF AMERICA

v.

ROBERTO ARTURO PEREZ,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

By: _____
        JESSICA KAHN OBENAUF
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0052716
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9317
        Fax: (305) 530-7976
        Jessica.Obenauf@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 17-2450 JJO |
| ROBERTO ARTURO PEREZ, | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/27/2017__ in the county of __Miami__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Attempted Bank Robbery |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Paul, Special Agent/FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/28/17

_____
*Judge's signature*

City and state:  Miami, Florida    Hon. John J. O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Christopher Paul, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), United States Department of Justice ("DOJ"), currently assigned to the South Florida Violent Crimes and Fugitive Task Force, Miami Division. My duties involve the investigation of a variety of violations of federal offenses, including bank robbery, Hobbs Act robbery, and extortion. I have been an FBI Special Agent since September 2016, and have been assigned to the Miami Division since February 2017.

2. This Affidavit is submitted in support of a criminal complaint charging Roberto Arturo PEREZ ("PEREZ"), with one count of attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a). I respectfully submit that there is probable cause to believe that on or about March 27, 2017, in Miami-Dade County, in the Southern District of Florida, PEREZ did knowingly attempt to take $20,000.00 in United States currency by means of intimidation, from the person and in the presence of employees of Wells Fargo Bank, a federally insured bank, located at 800 North Miami Beach Blvd, North Miami Beach, Florida 33162.

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against PEREZ for the above-described criminal violation.

## PROBABLE CAUSE

4.   On or about March 27, 2017, at approximately 5:00 p.m., a male, later identified as PEREZ, entered the Wells Fargo Bank located at 800 North Miami Beach Blvd, North Miami Beach, Florida 33162. Wells Fargo Bank is insured by the Federal Deposit Insurance Corporation ("FDIC").

5.   PEREZ was wearing a navy blue baseball-style hat, dark sunglasses, a striped green shirt, and red and blue shorts. PEREZ approached the victim bank teller and gave a note demanding that the teller provide PEREZ with $20,000 and that no one would get hurt. The victim teller signaled the bank's alarm system and advised PEREZ that supervisor approval was necessary to obtain the demanded funds. The victim bank teller left the bank counter and entered a back room to inform a supervisor and other colleagues of the robbery in progress, and they dialed 911 to contact law enforcement authorities. After several minutes, the victim bank teller returned to the teller counter. PEREZ was visibly agitated and aggressive, and demanded that the victim bank teller hurry up and move faster. The victim bank teller continued to stall PEREZ until police officers from the North Miami Beach Police Department arrived and apprehended PEREZ without further incident.

6.   The bank robbery was captured on the bank's video security cameras. Additionally, the demand note that PEREZ handed to the victim bank teller was seized as evidence by law enforcement.

7.   PEREZ was taken into custody by FBI special agents and task force officers.

## CONCLUSION

8. Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that there is probable cause to believe that on or about March 27, 2017, in Miami-Dade County, in the Southern District of Florida, PEREZ did knowingly attempt to take $20,000.00 in United States currency by means of intimidation, from the person and in the presence of employees of Wells Fargo Bank, a federally insured bank, located at 800 North Miami Beach Blvd, North Miami Beach, Florida 33162, in violation of Title 18, United States Code, Section 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Special Agent Christopher Paul
Federal Bureau of Investigation

Subscribed and sworn before me this 28th day of March 2017.

_____
Honorable John J. O'Sullivan
United States Magistrate Judge