# MINUTE ORDER

Page 13

## Magistrate Judge John O'Sullivan

Atkins Building Courthouse - 5th Floor          Date: 03/28/17     Time: 1:30 p.m.

Defendant: ROBERTO ARTURO PEREZ    J#: 15864-104    Case #: 17-2450-O'SULLIVAN
AUSA: Ben Widlanski    Attorney: AFPD Vanessa Chen
Violation: ATTEMPTED BANK ROBBERY    Surr/Arrest Date: 3/28/2017    YOB: 1991

Proceeding: Initial Appearance          CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: _____
Bond Set at: _____                       Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
D swrn.

Govt - ptd

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel: _____
(PTD)/Bond Hearing:  3/31   10AM
(Prelim)/Arraign or Removal:  4/11   10AM
Status Conference RE: _____
D.A.R. 14:15:29          Time in Court: 2
                s/John J. O'Sullivan              Magistrate Judge