# COURT MINUTES

## Magistrate Judge Patrick A. White

Atkins Building Courthouse - 3rd Floor     Date: 3/31/17     Time: 10:00 a.m.

Defendant: Roberto Arturo Perez     J#: 15864-104     Case #: 17-2450-O'SULLIVAN
AUSA: Jessica Obenauf     Attorney: AFPD Vanessa Chan
Violation: Attempted Bank Robbery
Proceeding: Pretrial Detention Hearing     CJA Appt:
Bond/PTD Held: ☒ Yes  ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
**Prel/Arr 4/11/17**

- PTD hrg held
- S/A James Kelly sworn & testified
- PTD: Danger to himself & to the Community

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:42:54     Time in Court: 15 minutes