UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20256-CR-KING/SIMONTON

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ROBERTO ARTURO PEREZ,
        Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Katie Carmon. Please direct any future inquiries, pleadings or correspondence to Katie Carmon on behalf of the Defendant.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

BY:    s/ Katie Carmon
        Katie Carmon
        Assistant Federal Public Defender
        Florida Bar No. 73467
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1556
        Tel:  305-530-7000/Fax:  305-536-4559
        E-Mail Address: Katie_Carmon@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2017, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

    s/ Katie Carmon
Katie Carmon