UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20256 KING/GARBER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

**CHANGE OF PLEA MINUTES AND DEFENDANT'S WAIVER TO APPEAR BEFORE U.S. DISTRICT JUDGE**

**ROBERTO ARTURO PEREZ**
    Defendant.
_____/

On **June 20, 2017** the above-named defendant appeared in person before the Honorable **BARRY L. GARBER,** United States Magistrate Judge, with counsel Katherine Carmon, Esq., appointed by the Court, and the said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to **count (s) 1 & 2 of the Indictment**. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:
(X)    Defendant waived his/her right to appear before an Article III U.S. District Court Judge and consented to appear before a U.S. Magistrate Judge.

(X)    The Court shall recommend to the U.S. District Court Judge that the defendant's Plea shall be accepted.

( )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing until **Thursday, August 17, 2017 at 10:00 am in Miami, Florida before Judge James Lawrence King**

( )    The defendant was allowed to remain on present bond until Sentencing.
( )    The defendant was remanded to the custody of the U.S. Marshal until a $____ bond is posted.
( X )    The defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

DONE and ORDERED in Miami, Florida, this __20__ day of **June, 2017**

_____
**BARRY L. GARBER**
**UNITED STATES MAGISTRATE JUDGE**

AUSA signature: _____
Defense signature: _KC Carmon_
Court Reporter: _Denise Sankary_
Time in court: _20 minutes_

Defendant signature: _____
Courtroom Deputy: _Alisha Beasley-Martin_
Language: SPANISH